Edward David James III
Pro Se Plaintiff
Inmate #154390
Potter County Detention Center
13100 NE 29th Ave
Amarillo, TX 79111



IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

EDWARD DAVID JAMES III,

v.

Civil Action No. 2-25CV-253-Z

SARAH E. CLARK, individually and in her
capacity as an employee and agent of
Gray Television, Inc.;
GRAY TELEVISION, INC.;
JOHN DOES 1–10.

## CERTIFICATE OF INTERESTED PERSONS

(Required by N.D. Tex. Local Rule 3.1 & 7.4)

Pursuant to Local Rule 3.1(c), Plaintiff Edward David James III hereby certifies the following:

1) **Plaintiff:**

    a) Edward David James III (Inmate #122560)

    b) Potter County Detention Center

2) **Defendants:**

    a) Gray Media Group, Inc. (Owner of KFDA–NewsChannel 10)

    b) KFDA–NewsChannel 10

    c) Sarah Clark (Investigative Producer)

    d) John and Jane Doe Defendants (unknown employees involved in publication)

3) **Parent or Affiliate Corporations:**

    a) Gray Media Group, Inc. is owned by Gray Television, Inc., a publicly traded corporation.

4) **Financially Interested Individuals or Entities:**

    a) None known to Plaintiff at this time other than the parties listed above.

5) **Attorneys:**

    a) Plaintiff is currently self-represented (pro se).

    b) If counsel appears later, Plaintiff will file an updated certificate.

Date: 11-23, 2025

Respectfully submitted,

Edward David James III
Plaintiff, Pro Se
Inmate #154390
Potter County Detention Center
Amarillo, Texas