NDTX Rev. 7/14

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
__AMARILLO__ DIVISION



NOV 24 2025 PM4:01
FILED - USDC - NDTX - AM

EDWARD DAVID JAMES III, INMATE NO. 154390
Plaintiff's Name and ID Number

POTTER COUNTY JAIL
Place of Confinement

v. SARAH E. CLARK, individually and in her capacity as an employee and agent of Gray Television, Inc.;
GRAY TELEVISION, INC.;
JOHN DOES 1–10
Defendant's Name and Address

2-25CV-253-Z

CASE NO. _____
(Clerk will assign the number)

APPLICATION TO PROCEED IN FORMA PAUPERIS

I, __Edward David James III__, declare, depose, and say that I am the Plaintiff in the above entitled case. In support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty, I am unable to pay in advance the filing fee for said proceedings or to give security for the filing fee. I believe I am entitled to relief.

I further declare that the responses which I have made to questions and instructions below are true.

1. Have you received, within the past 12 months, any money from any of the following sources?

   a. Business, profession or form of self-employment? ☐ Yes ☑ No
   b. Rent payments, interest or dividends? ☐ Yes ☑ No
   c. Pensions, annuities or life insurance payments? ☐ Yes ☑ No
   d. Gifts or inheritances? ☐ Yes ☑ No
   e. Family or friends? ☐ Yes ☑ No
   f. Any other sources? ☐ Yes ☑ No

   If you answered **YES** to any of the questions above describe each source of money and state the amount received from each during the past 12 months.

   _____

   _____

2. Do you own cash, or do you have money in a checking or savings account, including any funds in prison accounts? ☐ Yes ☐ No

   If you answered **YES**, state the total value of the items owned.

   ✓ I have no cash, $0 in my checking account, and on average, $5-$20 in my prison accounts.

3. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property, excluding ordinary household furnishings and clothing?

☐ Yes    ☒ No

If you answered **YES**, describe the property and state its approximate value.

_____

_____

**I understand that a false statement or answer to any questions in this affidavit will subject me to penalties for perjury. I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct (28 U.S.C. § 1746).**

Signed this __23rd__ day of __November__, 20_25_.

_Ed James_                               _154390_
Signature of Plaintiff                    ID Number

**YOU MUST ATTACH A CURRENT SIX (6) MONTH HISTORY OF YOUR INMATE TRUST ACCOUNT. YOU CAN ACQUIRE THE APPROPRIATE INMATE ACCOUNT CERTIFICATE FROM THE LAW LIBRARY AT YOUR PRISON UNIT (OR OTHER DESIGNATED LOCATION AT YOUR INSTITUTION).**

## **Plaintiff's Certification of Inmate Trust Account is pending from the jail and will be filed upon receipt*