IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

EDWARD DAVID JAMES III,
Institutional ID No. 154390,

    Plaintiff,

v.

SARAH E. CLARK, *et al.*,

    Defendants.

2:25-CV-253-Z-BR

## ORDER

Before the Court is Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction (the "Motion"). ECF No. 6. Because Plaintiff has neither paid the filing fee nor been granted *in forma pauperis* status by the Court, his Motion is **DENIED**. However, he is free to re-urge his Motion in writing once the filing fee is paid or he has been granted permission to proceed *in forma pauperis*.

**IT IS SO ORDERED.**

November 25, 2025

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE