IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

FILED DEC 11 2025 AM 10:03
USDC - NDTX - AM

EDWARD DAVID JAMES III,
        Plaintiff,

v.

SARAH E. CLARK, individually and in her
capacity as an employee and agent of
Gray Television, Inc.;
GRAY TELEVISION, INC.;
JOHN DOES 1–10,
        Defendants.

Civil Action No.
2:25-cv-00253-Z-BR

## MOTION TO RE-URGE PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

Plaintiff Edward David James III, proceeding pro se, respectfully re-urges his Motion for Temporary Restraining Order and Preliminary Injunction (ECF No. 6). On November 25, 2025, the Court denied the Motion without prejudice pending payment of the filing fee or approval of Plaintiff's IFP application. (ECF No. 8). As of December 4, 2025, the final requirement for IFP—the certified inmate trust account statement—has been filed, and the application is now complete and awaiting approval. Because the deficiency has been cured, Plaintiff respectfully asks the Court to consider the previously filed Motion on the merits.

December 4, 2025

Respectfully submitted,

Edward David James III
Pro Se Inmate #154390

Potter County Detention Center
Court Filing
Inmate #154390
Edward D James II



RECEIVED
DEC 11 2025
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

TRENTON NJ 085
5 DEC 2025 PM 3 L

79101-155615

U.S. District Court
Northern Dist. of Texas
Amarillo Division
205 SE 5th St.
Amarillo, TX 79101