Edward David James III
Pro Se Plaintiff
Inmate #154390
Potter County Detention Center
13100 NE 29th Ave
Amarillo, TX 79111



JAN 5 2026 AM9:03
FILED - USDC - NDTX - AM

---

## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVISION

EDWARD DAVID JAMES III,
            Plaintiff,

v.                                          Civil Action No: 2:25-cv-00253-Z-BR

SARAH E. CLARK, individually and in her
capacity as an employee and agent of
Gray Television, Inc.;
GRAY TELEVISION, INC.;
JOHN DOES 1–10,
            Defendants.

---

### PLAINTIFF'S NOTICE OF SUPPLEMENTAL FACTS

### IN SUPPORT OF PENDING MOTION FOR TEMPORARY RESTRAINING ORDER

Plaintiff submits this notice to inform the Court of material developments arising after the

filing of Plaintiff's pending Motion for Temporary Restraining Order.

Plaintiff is currently under active parole review by the Texas Board of Pardons and

Paroles. The parole review process relevant to Plaintiff's case is administered in Amarillo,

Texas, the same locality in which Defendant's defamatory publication originated and continues

to circulate.

The article remains prominently accessible as the number one result on major search engines and the news outlet's Facebook page, continuing to disseminate the challenged statements to the public. As a result, the ongoing publication of the disputed article now causes immediate and irreparable prejudice not only to Plaintiff's pending post-conviction judicial review, but also to his ongoing parole consideration. Adverse parole determinations influenced by false and defamatory information cannot be adequately remedied after the fact.

Plaintiff submits this notice solely to update the Court regarding these changed circumstances affecting irreparable harm and does not otherwise modify the pending motion.

Respectfully submitted

December 20, 2025

Edward David James III. Pro Se Plaintiff
Inmate #154390
Potter County Detention Center
Amarillo, Texas 79111

## Certificate of Service

I certify that a true and correct copy of this filing was served by **U.S. Mail** on:

**Sara Clarke**

KFDA NewsChannel 10

7900 Broadway Drive

Amarillo, TX

Dec 20, 2025

_____

Edward D. James, III

**LIST OF EXHIBITS**





SOUTH JERSEY NJ 080

U.S. District Court
205 SE 5th Ave Rm 132
Amarillo, TX 79101 - 1559

RECEIVED

JAN - 5 2026

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

27 Lincoln Ave.
Barnegat NJ 08005

79101-155615