IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| EDWARD DAVID JAMES III, § § | |
| Plaintiff, § § | |
| v. § § | CASE NO. 2:25-CV-00253-Z |
| SARAH E. CLARK, GRAY § TELEVISION, INC., § JOHN DOES 1-10, § § | |
| Defendants. § | |

**APPENDIX TO THE GRAY DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UNDER FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)**

| Tab A | APPX. 001-013 | Memorandum Opinion, *James v. State*, No. 07-24-00049-CR, 2025 WL 338308 (Tex. App.—Amarillo Jan. 29, 2025, pet. ref'd) |
|---|---|---|
| Tab B | APPX. 014-015 | Indictment, filed November 14, 2025, Case No. 88352-D-CR, in the 320th District Court of Potter County |
| Tab C | APPX. 016-018 | Court docket, *State of Texas v. Edward David Janes, III*, Case No. 88352-D-CR, in the 320th District Court of Potter County |
| Tab D | APPX. 019-021 | Court docket, *State of Texas v. Edward David Janes, III*, Case No. 88433-D-CR, in the 320th District Court of Potter County |
| Tab E | APPX. 022-122 | Report of Prisoners with their Offenses, Potter County Sheriff Department |