IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| **EDWARD DAVID JAMES III,** | § § § | |
| Plaintiff, | § § | |
| v. | § § | CASE NO. 2:25-CV-00253-Z |
| **SARAH E. CLARK, GRAY TELEVISION, INC., JOHN DOES 1-10,** | § § § § § | |
| Defendants. | § § | |

## ORDER

The Court, having considered Defendants Gray Local Media, Inc. and Sarah E. Clark's Motion to Dismiss the Complaint for Failure to State a Claim under Federal Rule of Civil Procedure 12(b)(6) ("Motion"), finds that the Motion should be **GRANTED**.

**IT IS THEREFORE ORDERED** that the Motion is **GRANTED**

**IT IS FURTHER ORDERED** that the Complaint and all claims against Defendants Gray Local Media, Inc. and Sarah E. Clark are **DISMISSED WITH PREJUDICE.**

Signed this _____ day of _____, 2026.

_____
JUDGE MATTHEW J. KACSMARYK