IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| EDWARD DAVID JAMES III, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CASE NO. 2:25-CV-00253-Z |
| | § | |
| SARAH E. CLARK, GRAY TELEVISION, INC, JOHN DOES 1-10, | § § § | |
| | § | |
| Defendants. | § | |

### THE GRAY DEFENDANTS' MOTION FOR LEAVE TO WAIVE LOCAL COUNSEL REQUIREMENT UNDER LOCAL RULE 83.10(a)

Under Fed. R. Civ. P. 7 and Local Rule 7.1, Defendants Gray Local Media, Inc.[1] and Sarah E. Clark (collectively, the "Gray Defendants") file this Motion for Leave to Waive Local Counsel Requirement under Local Rule 83.10(a) and respectfully request that the Court waive the Local Rule 83.10(a) requirement to obtain local counsel residing in or having their principal office within 50 miles of the courthouse. In support of this Motion, the Gray Defendants state as follows:

1. Good cause exists to grant the Gray Defendants' request for a waiver from Local Rule 83.10(a) because the counsel listed below for the Gray Defendants—Laura Lee Prather, Catherine L. Robb, and Michael J. Lambert—are Texas residents and admitted to practice in this District.

2. Counsel for the Gray Defendants are familiar with this Court's rules and practice and have appeared in Texas federal courts, including this District, many times during their careers.

---

[1] Although Plaintiff names "Gray Television, Inc." as a defendant, the Complaint is construed as asserting claims against Gray Local Media, Inc., which owns KFDA-TV.

**THE GRAY DEFENDANTS' MOTION FOR LEAVE TO WAIVE LOCAL COUNSEL REQUIREMENT UNDER LOCAL RULE 83.10(A)**

3. Laura Lee Prather, lead counsel, has been licensed to practice law in the State of Texas since 1992 and has more than 30 years of legal experience as a litigator in federal and state courts throughout Texas, including the Western, Eastern, Northern, and Southern Districts of Texas.

4. Counsel for the Gray Defendants are ready, able, and willing to travel to Amarillo for hearings and other appearances, including on short notice.

5. The Gray Defendants are unaware of any prejudice Plaintiff may endure from the requested relief.

6. Should the Court at any time during this litigation believe that the Gray Defendants require local counsel residing in this District and within 50 miles of the courthouse, the Gray Defendants will retain suitable local counsel.

7. Because counsel for the Gray Defendants are Texas residents, admitted in this District, and are familiar with this Court's rules and practices, there is a good cause to waive Local Rule 83.10(a)'s residency and 50-mile requirements.

8. For the above reasons, the Gray Defendants respectfully request that the Court enter an Order waiving Local Rule 83.10(a)'s local counsel requirement.

Respectfully submitted,

*/s/ Laura Lee Prather*
Laura Lee Prather
Texas Bar No. 16234200
laura.prather@haynesboone.com
Catherine L. Robb
Texas Bar No. 24007924
catherine.robb@haynesboone.com
Michael J. Lambert
Texas Bar No. 24128020
michael.lambert@haynesboone.com

**HAYNES AND BOONE, LLP**
98 San Jacinto Blvd., Suite 1500
Austin, Texas 78701
Telephone: (512) 867-8400
Facsimile: (512) 867-8470

**ATTORNEYS FOR DEFENDANTS
GRAY LOCAL MEDIA, INC. AND
SARAH E. CLARK**

### CERTIFICATE OF CONFERENCE

Conferring with Plaintiff before filing this Motion was not possible because Plaintiff is *pro se* and currently incarcerated. *See* LR 7.1(a) ("Conferences are not required . . . when a conference is not possible").

*/s/ Laura Lee Prather*
Laura Lee Prather

**THE GRAY DEFENDANTS' MOTION FOR LEAVE TO WAIVE LOCAL COUNSEL REQUIREMENT UNDER LOCAL RULE 83.10(A)**

3

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on the 7th day of January 2026, a true and correct copy of the above document was served via the CM/ECF system to all parties and by certified mail on Plaintiff:

Potter County Detention Center
Attn: Edward David James III, Inmate #154390
13100 NE 29th Ave.
Amarillo, TX 79111

                                                      */s/ Laura Lee Prather*
                                                    Laura Lee Prather