# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

EDWARD DAVID JAMES III
Plaintiff

v.

2:25-cv-00253-Z-BR
Civil Action No.

SARAH E. CLARK, et al.
Defendant

## CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

Defendants Gray Local Media, Inc. and Sarah E. Clark

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*Please separate names with a comma. Only text visible within box will print.*

The parent corporation of Gray Local Media, Inc. is Gray Media, Inc., a publicly-traded corporation. No publicly held corporation owns 10% or more of Gray Media, Inc.'s stock.

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*Please separate names with a comma. Only text visible within box will print.*

Gray Local Media, Inc.; Gray Media, Inc.; Sarah E. Clark; Edward David James III

| | |
|---|---|
| Date: | January 7, 2026 |
| Signature: | /s/ Laura Lee Prather |
| Print Name: | Laura Lee Prather |
| Bar Number: | 16234200 |
| Address: | 98 San Jacinto Blvd., Suite 1500 |
| City, State, Zip: | Austin, TX 78701 |
| Telephone: | (512) 867-8400 |
| Fax: | (512) 867-8470 |
| E-Mail: | Laura.Prather@haynesboone.com |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil => Other Documents => Certificate of Interested Persons/Disclosure Statement.