# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

| | | |
|---|---|---|
| **EDWARD DAVID JAMES III,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | **CASE NO. 2:25-CV-00253-Z** |
| | § | |
| **SARAH E. CLARK, GRAY** | § | |
| **TELEVISION, INC.,** | § | |
| **JOHN DOES 1-10,** | § | |
| | § | |
| Defendants. | § | |

## CERTIFICATE REGARDING JUDGE-SPECIFIC REQUIREMENTS

I, the undersigned attorney, hereby certify that I have read and will comply with all judge-specific requirements for Judge Matthew J. Kacsmaryk, United States District Judge for the Northern District of Texas.

I further certify that no portion of any filing in this case will be drafted by generative artificial intelligence or that any language drafted by generative artificial intelligence—including quotations, citations, paraphrased assertions, and legal analysis—will be checked for accuracy, using print reporters or traditional legal databases, by a human being before it is submitted to the Court. I understand that any attorney who signs any filing in this case will be held responsible for the contents thereof according to applicable rules of attorney discipline, regardless of whether generative artificial intelligence drafted any portion of that filing.

Dated: January 7, 2026

Respectfully submitted,

*/s/ Laura Lee Prather*
Laura Lee Prather
Attorney for Defendants Gray Local Media, Inc. and Sarah E. Clark