IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| EDWARD DAVID JAMES III,<br>Institutional ID No. 154390, | § § § | |
| Plaintiff, | § § | |
| v. | § | 2:25-CV-253-Z-BR |
| | § | |
| SARAH E. CLARK, *et al.*, | § § | |
| Defendants. | § § | |

### ORDER GRANTING MOTION TO PROCEED WITHOUT LOCAL COUNSEL

Before the Court is Defendants' Motion for Leave to Proceed Without Local Counsel. (ECF 17). Based on the unique nature of this case, the Court finds that it is appropriate in **these limited circumstances** to GRANT the Motion at this time, with the caveat that the District Judge may require local counsel at trial.

IT IS SO ORDERED.

ENTERED January 8, 2026.

_____
LEE ANN RENO
UNITED STATES MAGISTRATE JUDGE