IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| EDWARD DAVID JAMES III,<br>Institutional ID No. 154390,<br><br>    Plaintiff,<br><br>v.<br><br>SARAH E. CLARK, *et al.*,<br><br>    Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | 2:25-CV-253-Z-BR |

## ORDER GRANTING LEAVE TO FILE SURREPLY

Before the Court is Plaintiff's Motion for Leave to File a one-page surreply in support of response to Defendants' Motion to Dismiss. (ECF 25). For the reasons stated therein, Plaintiff's Motion is GRANTED.

IT IS SO ORDERED.

ENTERED February 17, 2026.

_____
LEE ANN RENO
UNITED STATES MAGISTRATE JUDGE