Edward David James III, Pro Se Plaintiff
Inmate #154390, Potter County Detention Center
13100 NE 29th Ave
Amarillo, TX 79111

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

EDWARD DAVID JAMES III,
           Plaintiff,

v.

SARAH E. CLARK, individually and in her
capacity as an employee and agent of
Gray Television, Inc.; GRAY TELEVISION, INC.;
JOHN DOES 1–10,
           Defendants.

CASE NO. 2:25-CV-00253-Z

**Plaintiff's Sur-Reply
for Limited Clarification**

Plaintiff submits this brief sur-reply solely to clarify two procedural points raised in Defendants' Reply. Defendants assert that Plaintiff abandoned any broadcast-based defamation claim. Plaintiff's allegation attributes "caught outside of Texas" to the televised broadcast, which is pleaded in the Complaint (Compl. P. 3 Sec III A). Plaintiff's Response addresses both as being reported (Resp. p. 3 Sec. III. B, p. 5 ¶ 1). Plaintiff likewise did not abandon his defamation-by-implication claim, which is expressly pleaded.

The post-publication indictments cited in the Reply are unadjudicated allegations that are actively contested and subject to pending motions to quash, and therefore do not establish the truth of Defendants' pre-publication statements at the pleading stage.

January 31, 2026

                                          Respectfully submitted,

                                          Edward David James III
                                          Plaintiff, Pro Se

18332-108