Edward David James III, Pro Se Plaintiff
Inmate #154390, Potter County Detention Center



APR 29 2026 AM10:14
FILED - USDC - NDTX - AM

## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVISION

EDWARD DAVID JAMES III,

                Plaintiff,

v.                                  CASE NO. 2:25-CV-00253-Z

SARAH E. CLARK, et. al

                Defendants.

## PLAINTIFF'S NOTICE TO THE COURT AND SUPPLEMENT TO OBJECTIONS
## REGARDING DISMISSAL OF RELATED STATE CHARGE

Plaintiff respectfully submits this notice regarding the related state-court indictment for failure to appear / bail jumping that was subject to a pending motion to quash pending the April 20, 2026 setting.

Plaintiff has been informed by counsel that the **failure-to-appear / bail-jumping indictment was dismissed** on or about April 20, 2026, and that the public docket is expected to reflect that dismissal on or about April 24, 2026. As of the date of this notice, the public docket has not yet been updated.

Plaintiff submits this timely notice because the dismissal directly supports claims and arguments already presented in Plaintiff's filings that he never refused or evaded a court-ordered obligation to begin serving his sentence. Specifically, it materially undercuts Defendant's defamatory narrative in their Article and Broadcast that he "avoided many attempts" of arrest and that he "refused to serve his prison sentence".

It further weakens any substantial-truth defense tied to the pending charge and undermines the Recommendation's reliance on that charge in recommending dismissal, as the referenced charge no longer serves as confirmation of the publication's accusations.

Plaintiff respectfully requests that the Court consider this Notice as a supplemental filing in support of Plaintiff's pending Objections and de novo review of the Report and Recommendation. Plaintiff will promptly supplement the record once the official docket reflects the dismissal.

April 20, 2026

Respectfully submitted,

Edward David James III
Plaintiff, Pro Se

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Notice to the Court was served by United States mail, postage prepaid, upon the following counsel of record:

Laura Lee Prather
Catherine L. Robb
Michael Joseph Lambert
Haynes and Boone, LLP
98 San Jacinto Boulevard, Suite 1500
Austin, TX 78701

April 21, 2026

Edward David James III
Plaintiff, Pro Se

6600 Plum Creek D TRENTON NJ 085
#172              22 APR 2026  PM 6  L
Amarillo, TX 79124



RECEIVED

APR 2 9 2026

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

79101-155615

US District Court
205 SE 5th Ave
Room #133
Amarillo, TX 79101-
                                                1559