# EXHIBIT A



FILED
DISTRICT CLERK
April 24, 2026          4:08 PM
POTTER COUNTY, TEXAS
BY          TM          DEPUTY

CAUSE NO. 088433-D-CR

INCIDENT NO. /TRN: 9288401350-A001

| THE STATE OF TEXAS | § | IN THE 320TH DISTRICT COURT |
|---|---|---|
| | § | |
| V. | § | IN AND FOR |
| | § | |
| EDWARD DAVID JAMES III | § | POTTER COUNTY, TEXAS |
| | § | |
| STATE ID NO.: TX06671600 | § | |

## JUDGMENT OF CONVICTION BY COURT—WAIVER OF JURY TRIAL

| Judge Presiding: | **STEVEN DENNY** | Date Sentence Imposed: | **4/23/2026** |
|---|---|---|---|
| Attorney for State: | **AUDREY MINK** SBN:24060286 | Attorney for Defendant: | **TRACIE REILLY** SBN:24090988 |

Offense for which Defendant Convicted:

**TAMPER W/ELECTRONIC MONITORING DEVICE**

| Charging Instrument: | Statute for Offense: |
|---|---|
| **INDICTMENT** | **PC 38.112(b)** |

| Date of Offense: | Plea to Offense: |
|---|---|
| **2/3/2025** | **GUILTY** |

| Degree of Offense: | Findings on Deadly Weapon: |
|---|---|
| **FELONY - STATE JAIL FELONY** | **N/A** |

Terms of Plea Bargain (if any): or ☐ Terms of Plea Bargain are attached and incorporated herein by this reference.

**FIFTEEN (15) MONTHS STATE JAIL DIVISION, TDCJ**

| 1st Enhancement Paragraph: | **N/A** | Finding on 1st Enhancement Paragraph: | **N/A** |
|---|---|---|---|
| 2nd Enhancement Paragraph: | **N/A** | Finding on 2nd Enhancement Paragraph: | **N/A** |

☐ **SENTENCE OF CONFINEMENT SUSPENDED, DEFENDANT PLACED ON COMMUNITY SUPERVISION FOR** **.**
(The document setting forth the conditions of community supervision is incorporated herein by this reference.)

| Punishment and Place of Confinement: | **FIFTEEN (15) MONTHS STATE JAIL DIVISION, TDCJ** |
|---|---|

| DATE SENTENCE COMMENCES: (Date does not apply to confinement served as a condition of community supervision.) | **4/23/2026** | THIS SENTENCE SHALL RUN: | **CONCURRENTLY** |
|---|---|---|---|

| Fines: $ **0** | Restitution: $ **0** | Restitution Payable to: (See special finding or order of restitution which is incorporated herein by this reference.) |
|---|---|---|

| Court Costs: $ **As per Attached Bill of Costs** | Reimbursement Fees: $ **As per Attached Bill of Costs** |
|---|---|

☐ **Defendant is required to register as sex offender** in accordance with Chapter 62, Tex. Code Crim. Proc.

**(For sex offender registration purposes only)** The age of the victim at the time of the offense was **N/A** .

| Total Jail Time Credit: **171 DAYS** | If Defendant is to serve sentence in county jail or is given credit toward fine and costs, enter days credited below. |
|---|---|
| | **N/A DAYS**      NOTES: **N/A** |

Was the victim impact statement returned to the attorney representing the State?  **N/A**

*(FOR STATE JAIL FELONY OFFENSES ONLY)* Is Defendant presumptively entitled to diligent participation credit in accordance with Article 42A.559, Tex. Code Crim. Proc.? **YES**

This cause was called and the parties appeared. The State appeared by her District Attorney as named above.

**Counsel / Waiver of Counsel (select one)**

☒ Defendant appeared with counsel.

☐ Defendant appeared without counsel and knowingly, intelligently, and voluntarily waived the right to representation by counsel in writing in open court.

☐ Defendant was tried in absentia.

Both parties announced ready for trial.  Defendant waived the right of trial by jury and entered the plea indicated above. It appeared to the Court that Defendant was mentally competent to stand trial, made the plea freely and voluntarily, and was aware of the consequences of the plea.  The Court received the plea and entered it of record.  After hearing the evidence submitted, if any, the Court ADJUDGES Defendant GUILTY of the offense indicated above.  The Court FINDS that the Presentence Investigation, if so ordered, was done according to the applicable provisions of Subchapter F, Chapter 42A, Tex. Code Crim. Proc.

Having been convicted of the offense designated above, the Court ORDERS Defendant punished in accordance with the Court's findings as to the proper punishment as indicated above, and after having conducted an inquiry into Defendant's ability to pay, as directed by Article 42.15, Code Crim. Proc., the Court ORDERS Defendant to pay the fine, court costs, reimbursement fees, and restitution as indicated above and further detailed below.

**Punishment Options (select one)**

☒ **Confinement in State Jail or Institutional Division.**  The Court ORDERS the authorized agent of the State of Texas or the County Sheriff to take and deliver Defendant to the Director of the Correctional Institutions Division, TDCJ, for placement in confinement in accordance with this judgment. The Court ORDERS Defendant remanded to the custody of the County Sheriff until the Sheriff can obey the directions in this paragraph. Upon release from confinement, the Court ORDERS Defendant to proceed without unnecessary delay to the District Clerk's office, or any other office designated by the Court or the Court's designee, to pay or to make arrangements to pay any fines, court costs, reimbursement fees, and restitution due.

☐ **County Jail—Confinement / Confinement in Lieu of Payment.**  The Court ORDERS Defendant committed to the custody of the County Sheriff immediately or on the date the sentence commences.  Defendant shall be confined in the county jail for the period indicated above.  Upon release from confinement, the Court ORDERS Defendant to proceed without unnecessary delay to the District Clerk's office, or any other office designated by the Court or the Court's designee, to pay or to make arrangements to pay any fines, court costs, reimbursement fees, and restitution due.

☐ **County Jail—State Jail Felony Conviction.** Pursuant to §12.44(a), Tex. Penal Code, the Court FINDS that the ends of justice are best served by imposing confinement permissible as punishment for a Class A misdemeanor instead of a state jail felony. Accordingly, Defendant will serve punishment in the county jail as indicated above. The Court ORDERS Defendant committed to the custody of the County Sheriff immediately or on the date the sentence commences. Upon release from confinement, the Court ORDERS Defendant to proceed without unnecessary delay to the District Clerk's office, or any other office designated by the Court or the Court's designee, to pay or to make arrangements to pay any fines, court costs, reimbursement fees, and restitution due.

☐ **Fine Only Payment.**  The punishment assessed against Defendant is for a FINE ONLY.  The Court ORDERS Defendant to proceed immediately to the District Clerk's office, or any other office designated by the Court or the Court's designee, to pay or to make arrangements to pay the fine, court costs, reimbursement fees, and restitution ordered by the Court in this cause.

☐ **Confinement as a Condition of Community Supervision.** The Court ORDERS Defendant confined _____ days in _____ as a condition of community supervision. The period of confinement as a condition of community supervision starts when Defendant arrives at the designated facility, absent a special order to the contrary.

**Fines Imposed Include (check each fine and enter each amount as pronounced by the court):**

☐ General Fine (§12.32, 12.33, 12.34, or 12.35, Penal Code, Transp. Code, or other Code) **$** _____ (not to exceed $10,000)

☐ Add'l Monthly Fine for Sex Offenders (Art. 42A.653, Code Crim. Proc.) **$** _____ ($5.00/per month of community supervision)

☐ Child Abuse Prevention Fine (Art. 102.0186, Code Crim. Proc.) **$** _____ ($100)

☐ EMS, Trauma Fine (Art. 102.0185, Code Crim. Proc.) **$** _____ ($100)

☐ Family Violence Fine (Art. 42A.504 (b), Code Crim. Proc.) **$** _____ ($100)

☐ Juvenile Delinquency Prevention Fine (Art. 102.0171(a), Code Crim. Proc.) **$** _____ ($50)

☐ State Traffic Fine (§ 542.4031, Transp. Code) **$** _____ ($50)

☐ Children's Advocacy Center Fine - as Cond of CS (Art. 42A.455, Code Crim. Proc.) **$** _____ (not to exceed $50)

☐ Repayment of Reward Fine (Art. 37.073/42.152, Code Crim. Proc.) **$**          (To Be Determined by the Court)

☐ Repayment of Reward Fine - as Cond of CS (Art. 42A.301 (b) (20), Code Crim. Proc.) **$**          (not to exceed $50)

☐ DWI Traffic Fine (a/k/a Misc. Traffic Fines) (§ 709.001, Transp. Code) **$**          (not to exceed $6,000)

### Execution of Sentence

☒ The Court **ORDERS** Defendant's sentence **EXECUTED**. The Court **FINDS** that Defendant is entitled to the jail time credit indicated above. The attorney for the state, attorney for the defendant, the County Sheriff, and any other person having or who had custody of Defendant shall assist the clerk, or person responsible for completing this judgment, in calculating Defendant's credit for time served. All supporting documentation, if any, concerning Defendant's credit for time served is incorporated herein by this reference.

### Furthermore, the following special findings or orders apply:

**APPEAL WAIVED. NO PERMISSION TO APPEAL GRANTED.**

**The Court ORDERS Defendant to pay <u>AS PER ATTACHED BILL OF COSTS</u> as court costs to the County. Tex. Code Crim. Proc. art. 26.05(g).**

**Date Judgment Entered:** _____

**4/24/2026 10:46:46 AM**

*X* _____

**STEVEN DENNY**

JUDGE PRESIDING

Thumbprint

## FINGERPRINT DOCUMENT

Cause No. **88433-D-CR**

**320TH DISTRICT COURT**

**State of Texas**

**vs**

**Edward David James, III**

Defendant's Right Thumb

Signature of Bailiff,
Acting for the Court, who took the thumbprint immediately
to the left hereof on this date _____ 04/23/2026 _____

X _____

## Bill of Cost

State of Texas

VS

Edward David James, III

Cause Number 88433-D-CR

Date of Judgment:04/23/2026

Costs accrued in the above-entitled cause to date:

| Fee Description | Charges | Balance |
| --- | --- | --- |
| County Consolidated Court Costs 1/2020 | $105.00 | $105.00 |
| Sheriff's Reimbursement Fees | $75.00 | $75.00 |
| State Consolidated court costs 1/2020 | $185.00 | $185.00 |

| | |
| --- | --- |
| Initial Amount Due: | $365.00 |
| Amount Paid: | $0.00 |
| Amount Previously Credited: | $0.00 |
| **Remaining Amount Due:** | **$365.00** |

I hereby certify the above to be a correct account of the fine and court cost in the above cause as shown in the record as of April 24, 2026. Issued and given under my hand and seal on April 24, 2026.

Stephnie Menke, Clerk of the Court
Potter County Clerk

By: *Tiffany Moore* Deputy

**Please Note – other fees may be applied at a later date: Upon this office reviewing the Judgment, Probation Order, Order Deferring, and Order to Pay court appointed attorney. By Statute other fees may apply.**

**Transaction fee of $2.00 may be assessed on each payment toward the fine and court costs assessed.**

**Time Payment Fee – Shall be waived, if the full payment is made on or before the 31st day after the pleading date.**

**Attorney fees are not collected until the court finds the defendant able to pay, pursuant to TXCCP Art. 26.05 section (g)**