IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

EDWARD DAVID JAMES III

    Plaintiff,

v.

                                    2:25-CV-253-Z-BR

SARAH E. CLARK, *et al.*,

    Defendants.

## JUDGMENT

The Court has entered its order granting Defendants' Motion to Dismiss as to all claims. For the reasons stated in that order, it is **ORDERED**, **ADJUDGED**, and **DECREED** that this action is **DISMISSED WITH PREJUDICE**. The United States District Clerk is **DIRECTED** to close this case.

    Judgment is rendered accordingly.

May 28, 2026

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE