Edward David James III, Pro Se Plaintiff
Inmate #154390, Potter County Detention Center

---

### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT  OF TEXAS
### AMARILLO DIVISION

MAY 29 2026 AM8:49
FILED - USDC - NDTX - AM

EDWARD DAVID JAMES III,
                                    Plaintiff,

v.                                                                     CASE NO. 2:25-CV-00253-Z

SARAH E. CLARK, et. al
                                    Defendants.

---

## PLAINTIFF'S SUPPLEMENTAL NOTICE OF JUDICIALLY NOTICEABLE RECORD

Plaintiff respectfully submits the attached plea memorandum page from Cause No. 088433-D-CR for judicial notice pursuant to Fed. R. Evid. 201.

Defendants previously submitted the judgment of conviction in Cause No. 088433-D-CR together with the dismissal order in Cause No. 88352-D. The attached plea memorandum page shows the conviction was induced by a negotiated plea agreement entered in exchange for final dismissal of Cause No. 88352-D.

Plaintiff submits this record solely to clarify the negotiated context underlying the judicial records, neither of which establish the substantially more damaging factual assertions Defendants actually published.

May 18, 2026                                          Respectfully Submitted,

                                                     Edward David James, III, pro se

---

**21  CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing Notice to the Court was served by United States mail, postage prepaid, upon the following counsel of record:
Laura Lee Prather Haynes Boone, LLP, 98 San Jacinto Boulevard, Suite 1500 Austin, TX 78701
May ___21___, 2026                              Edward David James III
                                                Plaintiff, Pro Se

**Probation:**

☐ Deferred adjudication for _____ years;
☐ _____ years in the TDCJ-ID probated for _____ years;
☐ _____ months in a state jail facility probated for _____ years;
☐ _____ days in the Potter County Jail probated for _____ years.

**Special Terms:**

☑ Dismissal of cause number __88352-D_____.
☑ Special terms: _CODIS; concurrent_____.
☐ No Plea Agreement

**Conditions of Probation:**

☐ $_____ fine;
☒ Court Costs and Court Appointed Attorney fees, if any;
☐ _____ days in the Potter County Jail as a condition of probation;
☐ _____ Hours of Community Service Restitution
☐ $_____ Restitution
☐ $_____ Restitution to Check Dept. to be collected through CSCD;
☐ $_____ Processing fee to Check Dept. to be collected through CSCD;
☐ $_____ Statutory fee to be paid to the D.A.'s office **before** plea;
☐ $_____ Statutory fee to be paid to the D.A.'s office as a condition of probation;
☐ Pay $100 to the Texas Crime Victim's Compensation Fund;
☐ Pay $50.00 to the Amarillo Crime Stoppers within 60 days;

☐ In Patient Treatment as per Drug and Alcohol evaluation – *Defendant to remain in custody pending completion of evaluation & treatment decision and available bed space.*
☐ Restitution of $180.00/$60.00 to DPS for Lab Fee if any, due within 6 months.
☐ The defendant will be no contact with _____ during the period of supervision;
☐ Other: _____.

**INTOXICATION RELATED OFFENSES**

☐ Abstain from the consumption of alcohol in any form at any time;
☐ Avoid all bars, cocktail lounges, liquor stores, or any other place where alcoholic beverages are consumed or sold as the primary business purpose;
☐ Submit to a period of confinement in the POTTER County jail for a term of _____ days;
☐ Participate in the following substance abuse education program:
  ☐ Alcohol Education Course (AEC) within 90 days.
  ☐ Repeat Offenders Couse within 6 months.
☐ Attend DWI Victim Impact Program within 90 days;
☐ Ignition Interlock Device
☐ _____ years/months Drivers License suspension.

**SEXUAL OFFENSES**

☐ Register as a sex offender.
☐ Report weekly to the CSCD officer during periods of residential instability.
☐ Be required to make a monthly payment of $5.00 to the CSCD of this court, due on or before the fifth day of each month and hereafter during the term of probation. This is a contribution to the Victims Assistance Program as provided by Article 42A.653 Code of Criminal Procedure.
☐ Provide a DNA sample within 30 days of this date at the direction of the CSCD officer to be sent to the Department of Public Safety for the purpose of creating a DNA record as provided by Subsection G, Chapter 411, Government Code. The probationer will pay for all fees for this procedure at the time of the procedure.
☐ Be prohibited from using the Internet to access; obscene material; commercial social networking sites; communicate with any individual concerning sexual relations with an individual who is younger than 17 years of age; or communicate with another individual the defendant knows is younger than 17 years of age.
☐ Submit to a sex offender evaluation at the direction of the CSCD of this court within 30 days of this date.
☐ Attend, participate in, and successfully complete a sex offender counseling program with a therapist who is registered with the Interagency Council on Sex Offender Treatment and approved by the Community Supervision Officer. Included in the counseling program shall be a comprehensive assessment and treatment plan as required

COPY

CAUSE NO. 088433-D-CR

| THE STATE OF TEXAS | § | IN THE 320TH DISTRICT COURT |
|---|---|---|
| | § | |
| vs. | § | IN AND FOR |
| | § | |
| EDWARD DAVID JAMES III | § | POTTER COUNTY, TEXAS |

## PLEA MEMORANDUM

**Charge: TAMPER W/ELECTRONIC MONITORING DEVICE**

**Degree of Offense:**
- [ ] 1st degree felony
- [ ] 2nd degree felony
- [ ] 3rd degree felony
- [x] State Jail Felony
- [ ] Class A misdemeanor
- [ ] Class B misdemeanor
- [ ] Other _____

FILED
STEPHNIE MENKE
DISTRICT CLERK
April 23, 2026        12:23 PM
POTTER COUNTY, TEXAS
BY  *aug*        DEPUTY

**Felony Enhancements:**
- [ ] One prior
- [ ] Two prior

**Range of Punishment:**
- [ ] 25 to 99 years or life in prison (and a fine up to $_____).
- [ ] 15 to 99 years or life in prison and a fine up to $10,000 (or $_____).
- [ ] 5 to 99 years or life in prison and a fine up to $10,000.
- [ ] 2 to 20 years in prison and a fine up to $10,000.
- [ ] 2 to 10 years in prison and a fine up to $10,000.
- [x] 180 days to 2 years in State Jail and a fine up to $10,000.
- [ ] up to one year in county jail and/or a fine up to $4000.
- [ ] up to 180 days in county jail and/or a fine up to $2000.
- [ ] _____ and a fine of $_____.

**Additional Findings:**
- [ ] Drug Free Zone
- [ ] Family Violence Committed
- [ ] Used or exhibited a Deadly Weapon in Commission of Offense
- [ ] Sex Offender Status and Registration

**Plea:**
- [x] Plead GUILTY to the offense charged
  - [x] Indictment     [ ] Information
- [ ] Plead GUILTY to
  - [ ] Amended Indictment: TAMPER W/ELECTRONIC MONITORING DEVICE [ ] Amended Information: TAMPER W/ELECTRONIC MONITORING DEVICE
- [ ] Plead GUILTY to the lesser included offense of _____.
- [ ] §12.44(a) [State Jail Felony conviction]
- [ ] §12.44(b) [Class A Misdemeanor prosecution]

- [ ] Plead TRUE to Felony Enhancement(s) Enumerated Above
- [ ] Plead TRUE to Additional Finding(s) Enumerated Above

**Incarceration:**
- [ ] Incarceration in the TDCJ-ID for _____ years;
- [x] Incarceration in a state jail facility for a period of __Fifteen (15)__ months;
- [ ] Incarceration in County Jail for _____ days;
- [ ] A fine of $_____  [x] Court Costs and Court Appointed Attorney fees, if any

This package is made from post-consumer waste. Please recycle - again.

PRESS FIRMLY TO SEAL

PRESS FIRMLY TO SEAL

**PRIORITY MAIL**
**FLAT RATE ENVELOPE**
**POSTAGE REQUIRED**



# UNITED STATES POSTAL SERVICE®

# PRIORITY® MAIL

- Expected delivery date specified for domestic use.
- Domestic shipments include $100 of insurance (restrictions apply).*
- USPS Tracking® service included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.

** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

# FLAT RATE ENVELOPE
## ONE RATE ■ ANY WEIGHT

# TRACKED ■ INSURED

To schedule free Package Pickup, scan the QR code.

**RECEIVED**
MAY 29 2026
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

USPS.COM/PICKUP

PS00001000014

EP14F October 2023
OD: 12 1/2 x 9 1/2

---

## UNITED STATES POSTAL SERVICE®   Click-N-Ship®

**P**

usps.com
$11.12
US POSTAGE

9405 5301 0935 5382 9412 71 0111 2001 0007 9101

US POSTAGE PAID

05/21/2026
1 lb 0 oz

Mailed from 79124   480554706277661

### PRIORITY MAIL®

PAT JAMES
6600 PLUM CREEK DR APT 172
AMARILLO TX 79124-1616

Created 2026-05-21
Flat Rate Envelope
**RDC 03**

**C002**

NORTHERN TX
US DISTRICT COURT AMARILLO
205 SE 5TH AVE RM 133
AMARILLO TX 79101-1559

**USPS TRACKING #**

9405 5301 0935 5382 9412 71

Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; October 2023; All rights reserved.