

US POSTAGE · PITNEY BOWES

$ 003.28°
MAY 29 2026



RECEIVED

JUN - 4 2026

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS



JUN 4 2026 AM9:23
FILED - USDC - NDTX - AM

Edward David James III #154390
Potter County Detention Center
13100 NE 29th Avenue
Amarillo, TX 79111

CLERK
United States District Court
Northern District of Texas
205 S.E. 5th Ave.
Amarillo, TX 79101

OFFICIAL BUSINESS

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

EDWARD DAVID JAMES III

     Plaintiff,

v.                                     2:25-CV-253-Z-BR

SARAH E. CLARK, *et al.*,

     Defendants.

### ORDER GRANTING DEFENDANTS' MOTION TO DISMISS

Before the Court are the Findings, Conclusions, and Recommendation ("FCR") of the United States Magistrate Judge to grant Defendants' Motion to Dismiss. ECF No. 28. An Objection, a Response, and a Reply to the FCR have been filed. ECF Nos. 30, 31, 35. After making an independent review of the pleadings, files, and records in this case, the Court agrees with the ultimate conclusions of the FCR and most of its reasoning. But for ease of reading and understanding, the Court **REJECTS** the FCR (ECF No. 28) and replaces it with this Order.[1]

For the reasons below, the Defendants' Motion to Dismiss (ECF No. 16) is **GRANTED** and this case is **DISMISSED WITH PREJUDICE**.

#### MOTIONS FILED AFTER THE FCR

After the FCR was filed, the parties filed an Objection (ECF No. 30), Response (ECF No. 31), and Reply (ECF No. 35) in accordance with the procedures provided by the Local Rules. *See* N.D. TEX. LOC. R. 72.2. But the parties have filed several *other* motions and miscellaneous filings as well. The Court will first address each of these filings, because they relate directly to the review of the FCR and Motion to Dismiss.

---

[1] Many portions of the FCR are reproduced verbatim below. Where there are differences, this Order is controlling.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

EDWARD DAVID JAMES III

     Plaintiff,

v.                                                                          2:25-CV-253-Z-BR

SARAH E. CLARK, *et al.*,

     Defendants.

## JUDGMENT

The Court has entered its order granting Defendants' Motion to Dismiss as to all claims. For the reasons stated in that order, it is **ORDERED, ADJUDGED,** and **DECREED** that this action is **DISMISSED WITH PREJUDICE.** The United States District Clerk is **DIRECTED** to close this case.

     Judgment is rendered accordingly.

May 28, 2026

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE